NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellant,*

**v.**

**DICK'S SPORTING GOODS, INC., FORTY NINERS FOOTBALL COMPANY, LLC, HELLY HANSON (U.S.) INC., LEVI STRAUSS & CO., NFL ENTERPRISES LLC, SPANX, INC., AND MLB ADVANCED MEDIA, L.P.,**
*Defendants-Appellees,*

AND

**THE FINISH LINE, INC.,**
*Defendant-Appellee,*

AND

**TORY BURCH LLC,**
*Defendant-Appellee.*

———————————

2014-1336, -1338, -1340, -1341, -1342, -1343, -1344, -1345, -1346

———————————

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00674-LED, 6:12-cv-00675-LED, 6:12-cv-00868-LED, 6:12-cv-00945-

2  CLEAR WITH COMPUTERS, LLC v. DICK'S SPORTING GOODS, INC.

LED, 6:12-cv-00947-LED, 6:12-cv-00948-LED, 6:12-cv-00949-LED, 6:12-cv-00950-LED, 6:12-cv-00951-LED, Chief Judge Leonard Davis.

--------------------------------------------------------------------------------

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellant,*

**v.**

**HUGO BOSS FASHIONS, INC.,**
*Defendant-Appellee.*

———————————

2014-1339

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 6:12-cv-00867-LED, Chief Judge Leonard Davis.

———————————

**O R D E R**

Upon consideration of the parties' joint motion to dismiss 2014-1339,

IT IS ORDERED THAT:

(1) The motion is granted.  2014-1339 is dismissed.

(2) Each side shall bear its own costs in 2014-1339.

(3) The revised official caption for 2014-1336, et al. is reflected above.

CLEAR WITH COMPUTERS, LLC v. DICK'S SPORTING GOODS, INC.3

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26


ISSUED AS A MANDATE (for 2014-1339 only):

September 11, 2014